UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLAS MILLER,

    Plaintiff,

v.

FRY'S ELECTRONICS, INC.,

    Defendant.

JUDGMENT OF REMAND
Civil No. 08-541-HA

Pursuant to this court's prior rulings, defendant shall pay plaintiff $5,100.00 as a reasonable award of fees. This action is now remanded to the Clackamas County Circuit Court for the State of Oregon.

    IT IS SO ADJUDGED.

    DATED this __5__ day of December, 2008.

               /s/ Ancer L. Haggerty
               Ancer L. Haggerty
           United States District Judge